UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>BALDEMAR GARCIA-GARCIA,<br><br>                    Defendant. | CASE NO. 11CR5032-H<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

    8USC1326(a) and (b) - Deported Alien Found in the United States

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 14, 2011

_____
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE